Tamara C. CASE–BELICH,
Respondent,

v.

ST. MARY'S MEDICAL CENTER,
Self–Insured/Berkley Risk
Administrators, Relator.

No. C3–02–1653.

Supreme Court of Minnesota.

Dec. 17, 2002.

Joseph J. Mihalek, Fryberger, Buchanan, Smith & Frederick, P.A., Duluth, for Relator–Employer.

Joseph T. Herbulock, Hauer, Fargione, Love, Landy & McEllistrem, P.A., Minneapolis, for Respondent–Employee.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 22, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $600 in attorney fees.

BY THE COURT:
Alan C. Page
Associate Justice

Roger L. LONG, Relator,

v.

Carol A. SCHLUSSLER, and Credit General/MIGA/GAB Robins,
Respondents.

No. C8–02–1650.

Supreme Court of Minnesota.

Dec. 18, 2002.

Michael Forde, Devin J. Murphy, Aafedt, Forde, Gray & Monson, P.A., Minneapolis, for Employer–Insurer.

David R. Vail, Soderberg & Vail, LLC, Minneapolis, for Employee–Relator.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed August 29, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

BY THE COURT:
Paul H. Anderson
Associate Justice